MJG 00-CR-0152

1                                    1/22/08

To the Honorable Judge Garbis,
My name is Ernest Bailey, I am writing this letter in reference to the new amendment concerning Criminal History, Sir in my direct appeal in 2001 and at my sentencing, It was shown how I have only been locked up one time, There was never no intervening arrest made, I was given 20 years suspended sentence, 5 years probation that I did complete and time served, Sir I argued this in front of the Honorable Judge Goodwin, That I have only been locked up once in my life and was not a Arm Career Criminal, Your Honor I can not afford a lawyer, Financially I am exhausted, I have read and searched for a way for 7 years 9 months and 58 days to get home to my family I pray

2

this is the way, Sir I am a pro se defendent, I Don't know the Law much, I Ask is there is Anyway you can help me in this Situation or let me Know what I must Do, your the only way I could think to Approach this you have all the Power, Here is a Copy of my Progress Report of All the Classes I have completed From Earning my G.E.D. to BluePrint, Carpentry, DryWall Anything to Strengthen my Mind, Sir I Deserve A chance And I Pray that you see that I Do As well.

Respectfully

Ernest Bailey
34102-037

```
 CUMCS              *      INMATE EDUCATION DATA          *    12-23-2007
 PAGE 001           *           TRANSCRIPT                *    13:58:59

 REGISTER NO: 34102-037     NAME..: BAILEY                     FUNC: PRT
 FORMAT.....: TRANSCRIPT    RSP OF: CUM-CUMBERLAND FCI

 ------------------------------- EDUCATION INFORMATION ------------------------
 FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
 CUM  ESL HAS    ENGLISH PROFICIENT           06-05-2001 1425 CURRENT
 CUM  GED EARNED GED EARNED IN BOP            01-18-2002 1446 CURRENT

 -------------------------------- EDUCATION COURSES ---------------------------
 SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
 CUM         MAVIS BEACON TYPING          08-27-2007  CURRENT
 CUM         CRIMINAL LAW                 05-12-2007  07-28-2007  P   C  P   20
 CUM         KNOW YOUR BODY               05-08-2007  07-12-2007  P   C  P   40
 CUM         VT CARPENTRY                 05-20-2005  03-30-2006  P   C  M  484
 CUM         VT ESTIMATING CLASS          12-01-2005  02-02-2006  P   C  P   18
 CUM         INTRO. COM. DRIVERS LICENSE  11-22-2005  01-24-2006  P   C  P   16
 CUM         CARP 730(EXPL)               04-13-2005  05-20-2005  P   C  E   91
 CUM         BOOT CAMP-BEG.-EVENING       01-11-2005  03-03-2005  P   C  P   14
 CUM         HOBBY CRAFT PARTICIPATION    02-07-2005  02-07-2005  P   C  P    1
 CUM         BASIC ELECTRICAL DEVELOPMENT 08-09-2004  11-15-2004  P   C  P   20
 CUM         PARENTING TOPICS 2           08-24-2004  10-12-2004  P   C  P    7
 CUM         DRYWALL 1230(MARK)           06-10-2004  09-09-2004  P   C  M   83
 CUM         ENGINEERING PRINCIPLES & PRAC. 03-29-2004 07-03-2004 P   C  P   20
 CUM         INTRO TO REAL ESTATE         03-29-2004  07-03-2004  P   C  P   20
 CUM         SMALL BUSINESS STRATEGY IV   03-29-2004  07-03-2004  P   C  P   15
 CUM         DRYWALL 1230(EXPL)           05-19-2004  06-10-2004  P   C  E   21
 CUM         THE WORLD AT WAR             08-11-2003  11-01-2003  P   C  P   20
 CUM         CALI II                      08-27-2003  10-20-2003  P   C  P   19
 CUM         VT INTRO 930(EXPL)           08-30-2002  09-19-2002  P   C  E   20
 CUM         CALI I                       07-20-2002  09-02-2002  P   C  P   15
 CUM         BLUE PRINT READING           05-08-2002  08-14-2002  P   C  M   80
 CUM         BLUEPRINT EXPLORATORY        04-18-2002  05-08-2002  P   C  E   20
 CUM         HIP HOP 2                    03-09-2002  04-19-2002  P   C  P   15
 CUM         HIP HOP 1                    01-25-2002  02-26-2002  P   C  P   16
 CUM         GED/M 0830                   07-05-2001  01-18-2002  P   C  P  107
 CUM         BIBLE HISTORY                09-25-2001  12-16-2001  P   C  P   30
 CUM         PARENTING SEMINAR            08-10-2001  08-17-2001  P   C  P   15

 --------------------------------- HIGH TEST SCORES ---------------------------
 TEST        SUBTEST          SCORE      TEST DATE   TEST FACL   FORM     STATE
 ABLE        LANGUAGE          5.0       06-22-2001  CUM         E
             NUMBER OPR       11.5       06-22-2001  CUM         E
             PROB SOLV        13.0       06-22-2001  CUM         E
             READ COMP        13.0       06-22-2001  CUM         E
             SPELLING          8.5       06-22-2001  CUM         E
             VOCABULARY        8.0       06-22-2001  CUM         E
 GED         AVERAGE          46.0       01-07-2002  CUM         PASS     ME
             LIT/ARTS         48.0       01-07-2002  CUM         AS       ME
             MATH             46.0       01-07-2002  CUM         AS       ME
             SCIENCE          46.0       01-07-2002  CUM         AS       ME

 G0002       MORE PAGES TO FOLLOW . . .
```

```
   CUMCS           *          INMATE EDUCATION DATA        *    12-23-2007
PAGE 002 OF 002 *                 TRANSCRIPT               *    13:58:59

REGISTER NO: 34102-037     NAME..: BAILEY                      FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: CUM-CUMBERLAND FCI

---------------------------- HIGH TEST SCORES ----------------------------
TEST           SUBTEST        SCORE     TEST DATE      TEST FACL    FORM       STATE
GED            SOC STUDY      49.0      01-07-2002     CUM          AS         ME
               WRITING        42.0      01-07-2002     CUM          AS         ME




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```