=================================================

# UNITED STATES DISTRICT COURT
## ------------------DISTRICT OF MARYLAND------------------

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No.: MJG-00-0152 |
| ERNEST BAILEY | * |

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in the case to preliminarily review Mr. Bailey's pending *pro se* motion to reduce his sentence under 18 U.S.C. § 3582(c). I certify that I am admitted to practice in this Court.

 

JAMES WYDA
Federal Public Defender

*/s/ Paresh S. Patel*

Date: April 1, 2008

PARESH S. PATEL
Staff Attorney
Federal Public Defender's Office
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770-1405
(301) 344-0600
Fax No. (301) 344-0019